721 A.2d 56

**Mary McLAUGHLIN, Petitioner,**

v.

**GASTROINTESTINAL SPECIALISTS, INC., Respondent.**

Supreme Court of Pennsylvania.

Dec. 23, 1998.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 1998, the Petition for Allowance of Appeal is GRANTED. In addition to the issues raised by the Petitioner, the Court orders the parties to address the following issue:

Whether the state court has jurisdiction to decide a matter arising from a violation of the Occupational Safety and Health Act (OSHA) under 29 U.S.C.A. § 660(c)(1) and (2).